Manufacturing Company. A. G. Reeves, for appellant. F. W. Clifford, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN and CLARKE, JJ., dissent.

COHN, Appellant, v. NEW YORK REAL ESTATE SECURITY CO., Respondent. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Henry I. Cohn against the New York Real Estate Security Company. G. E. Morgan, for appellant. W. D. Gaillard, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

CONNERY, Respondent, v. HECKER-JONES-JEWELL MILLING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Catherine Connery, by guardian, against the Hecker-Jones-Jewell Milling Company. F. Hulse, for appellant. N. W. Hacker, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CONROY, Respondent, v. JOHN PEIRCE CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by John Conroy, an infant, by Bridget Mullen, his guardian ad litem, against the John Peirce Company. No opinion. Judgment and order unanimously affirmed, with costs.

CONTINENTAL SECURITIES CO. et al., v. BELMONT et al. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by the Continental Securities Company and Clarence H. Venner, stockholders, etc., against August Belmont and others.

PER CURIAM. Order changing place of trial reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that it is the settled policy of this department not to change the place of trial to New York county from an adjacent county for the mere convenience of witnesses. See, also, 131 N. Y. Supp. 713, 1109.

THOMAS, J., dissents.

CONTINENTAL SECURITIES CO. et al., v. BELMONT et al. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by the Continental Securities Company and another against August Belmont and others. No opinion. Motion to strike the case from the calendar granted, without costs, upon the ground that since this appeal was taken the order appealed from has been resettled. See, also, 131 N. Y. Supp. 713, 1109.

CONTINENTAL SECURITIES CO. et al., Appellants, v. BELMONT et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 5, 1911.) Action by the Continental Securities Company and others against August Belmont and others. No opinion. Motion granted, and cause set down for argument on Thursday, December 7, 1911. See, also, 131 N. Y. Supp. 713, 1109.

CORNELL et al., Appellants, v. CAREY et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Dewey F. Cornell, as executor, and another, against Samuel R. Carey and another. No opinion. Judgment and orders unanimously affirmed, with costs.

COUTANT v. MASON. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Margaret B. Coutant against Jennie C. Mason. No opinion. Motion denied. Order filed.

COUTANT, Respondent, v. MASON, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Margaret B. Coutant against Jennie C. Mason. B. L. Blauvelt, for appellant. M. Hart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

CRAIG, Respondent, v. HAMILTON TERMINAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by James Craig, as administrator of James Austin, deceased, against the Hamilton Terminal Company. No opinion. Judgment and order unanimously affirmed, with costs.

CRAVEN v. ECCENTRIC ASS'N OF ENGINEERS, NO. 1, et al. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Appeal from Special Term, New York County. Action by Michael J. Craven against the Eccentric Association of Engineers, No. 1, and others. From an order granting a motion for reargument of motion to continue an injunction during pendency of action, vacating decision of the original motion, and granting motion for injunction, defendants appeal. Affirmed. Edwin P. Kilroe, for appellants. M. S. Schector, for respondent.

PER CURIAM. As the temporary injunction appealed from does nothing more than to preserve the status quo pending the trial, the order appealed from will be affirmed, with $10 costs and disbursements, without expressing any opinion on the merits, or as to whether the plaintiff is entitled to any relief.

CRAWFORD, Respondent, v. ROBERTSON, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by William A. Crawford against Musco M. Robertson. W. K. Hall, for appellant. H. M. Dater, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.